Case: 09-9003   Document: 003110544699   Page: 1   Date Filed: 05/26/2011

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

09-9003

Albrecht v. Secretary Pa Dept Corr

2-99-cv-01479

**FILED**
**MAY 26 2011**

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

In accordance with the motion by the appellant in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date: May 26, 2011
dmm/cc:  Maureen Flannery Esq.
        Matthew C. Lawry Esq.
        Stuart B. Lev Esq.
        David W. Zellis Esq.

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk